IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. 11-173M |
| | * | |
| **AARON LAWLESS,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| | ******* | |

## NOTICE OF APPEAL

The United States of America, by and through its attorneys, appeals the decision of United States Magistrate Judge Thomas D. DiGirolomo, filed on August 28, 2011, to the United States District Court, pursuant to Fed. R. Crim. P. 58(g)(2).

                                            Respectfully submitted,

                                            Rod J. Rosenstein
                                            United States Attorney

By: _Hollis R. Weisman/SB_
      Hollis R. Weisman
      Assistant United States Attorney
      United States Courthouse, Suite 400
      6500 Cherrywood Lane
      Greenbelt, Maryland 20770-1249
      301-344-4433

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30, 2011, a copy of the foregoing pleading was served by ecf and by interoffice mail:

>Susan Bauer, Esq.
>Assistant Federal Public Defender
>6411 Ivy Lane, Suite 710
>Greenbelt, MD 20770

_____
Stuart A. Berman